UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JAMES SWINT; CHRYSTAL MARIE SWINT,

                Plaintiffs,

-against-

ROBERT R. REDFIELD, et al.,

                Defendants.

1:21-CV-4500 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued August 16, 2021, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff Robert James Swint's failure to submit a completed request to proceed *in forma pauperis* or pay the $402 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff Robert James Swint and note service on the docket.

SO ORDERED.

Dated:  August 16, 2021
          New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge